IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                               RESPONDENT

V.                              CRIMINAL NO. 6:10-CR-60034
                                CIVIL NO. 6:16-CV-06066

TRACY T. YOUNG                                                                              MOVANT

## ORDER

Before the Court is the Report and Recommendation filed June 20, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 44. Judge Bryant recommends that Movant's Motion to Correct Sentence under 28 U.S.C. § 2255 (ECF No. 39) be denied and dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Movant's Motion to Correct Sentence under 28 U.S.C. § 2255 (ECF No. 39) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of November, 2017.

                                                        /s/ Susan O. Hickey
                                                        Susan O. Hickey
                                                        United States District Judge