IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA     **PLAINTIFF**

v.     Case No. 6:10-CR-60034 - SOH

TRACY YOUNG     **DEFENDANT**

## ORDER OF DETENTION

Having conducted a detention hearing (ECF No. 68) on October 30, 2025, pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a), the Court, finds that Defendant's request for release from detention is **DENIED** and **ORDERS** the above-named defendant detained pending final hearing in this matter.

**A. Statement of Reasons for the Detention**

The Court orders the defendant's detention because it finds:

[ ] The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee or appear as ordered;

[X] The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c);

[X] I further find the Defendant is not likely to comply with any condition of release imposed by the Court. Defendant has a history of violation of the law and disregard of the rules and conditions of supervision.

The above findings are based on the reasons stated on the record at the conclusion of the hearing in this matter.

**B. Additional Directives**

The further Court directs that:

The defendant be committed to the custody of the United States Marshal to be brought back to Court for any hearing subsequently scheduled; and the defendant be afforded reasonable opportunity for private consultation with counsel.

IT IS SO ORDERED.

SIGNED this 30th day of October 2025.

_____
HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE