# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

TRACY T. YOUNG

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 6:10CR60034-001

USM No. 10306-010

Michael Kaiser
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations One, Three, Four, Five, and Six of the term of supervision.

☐ was found in violation of condition(s) count(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Use of a Controlled Substance | April 18, 2024 |
| Three | Possession of a Controlled Substance Without Prescription | April 9, 2025 |
| Four | Use of a Controlled Substance | September 17, 2025 |
| Five | Use of a Controlled Substance | September 23, 2025 |
| Six | New Law Violation | March 13, 2025 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) Two and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 5433

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Malvern, Arkansas

August 21, 2026
Date of Imposition of Judgment

/s/Susan O. Hickey
Signature of Judge

Susan O. Hickey, Senior United States District Judge
Name and Title of Judge

August 24, 2026
Date

DEFENDANT: TRACY T. YOUNG
CASE NUMBER: 6:10CR60034-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Twenty-four (24) months imprisonment with credit for time served in federal custody. There will be no term of supervised release to follow in this docket number**.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ____________________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________________ to ______________________

at ______________________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL